Vicente Reyes
Prisoner ID 1427158
TDCJ-ID, Polunsky Unit
Livingston, texas 77351

Keith Hottle, Clerk
Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

Re: document copy

Dear Mr. Hottle,

Thank you for taking the time to review this letter.

I would like to purchase from your office an uncertified copy of the Supplemental Clerk's Record filed for purpose of a 2012 appellate case.

The case arose from trial cause 2006-CR-6988, State v. Reyes, and was assigned appellate case number 04-12-00267-CR, Reyes v. State. (Not to be confused withe the original appeal of same trial cause, which was numbered and styled 04-07-00203-CR, Reyes v. State.)

Can you please, at your earliest convenience, tell me the cost of a copy of the Supplemental Clerk's Record in the referenced case?

I am asking for cost of a hard copy. I also ask that your price quote apply to 2-page-per-page-side and each copy page printed on both sides. In other words, am asking for ther to be 4 pages of the original on each physical page of the copy.

I hope this request is clearly expressed. Upon receipt of your price quote I shall arrange for my family to forward payment directly to your office along woth the appropriate information again.

Please let me take this opportunity to say I hope you and your staff are having a great summer.

Respectfully,

Vicente Reyes.

P.S. This request is made by letter and not by phone because I am at this time incarcerated. Again, thank you very much for your time.

FILED
URT OF APPEALS
ANTONIO, TEXAS

2015 AUG 12 AM 10: 33

Keith E. Hottle
KEITH E. HOTTLE, CLERK

10 AUG 2015 PM 5 L

Vicente Reyes
Prisoner ID 1427158
TDCJ-ID, Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

Keith Hottle, Clerk
Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

LEGAL